# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>WILLIAM CLIFFORD MENDENHALL,<br><br>　　　　　　　　Defendant. | CR 06-122-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release. The Government opposes the motion. (Doc. 80). Defendant's probation officer takes no position on the motion. (*See* Doc. 77 at 2). The Court conducted a hearing on the motion on December 6, 2017.

Defendant pleaded guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine on February 20, 2007. (Doc. 24). The Court sentenced the Defendant to 156 months of custody followed by five years of supervised release. (Doc. 33). The Court re-sentenced the Defendant on April 21, 2009, to 118 months of custody followed by five years of supervised release. (Doc. 70).

Defendant began supervised release on August 4, 2014. Defendant resides in Hungry Horse, Montana. Defendant is 77 years old. Defendant is in poor health. Defendant's physician stated in July of 2017, that the Defendant's chronic medical conditions include "hypertension, type 2 diabetes, hypercholesterolemia,

coronary artery disease, AAA and severe claudication of his left lower extremity secondary to peripheral vascular disease." (*See* Doc. 78 at 4). Stents inserted in Defendant's left leg have "occluded" and the only treatment option may be a "below-the-knee amputation." (*See* Doc. 78 at 4).

Defendant's probation officer has reported that the Defendant has done well on supervised release, with exception of a "few violations." (*See* Doc. 78 at 3). Defendant had two violations in 2015, "one for alcohol and another for associating with a convicted felon." *Id*. Defendant also had a single violation in 2017. The Defendant admitted in February of 2017, that he had taken two Hydrocodone pills that had not been prescribed to him. Defendant stated that he took the pills because he was experiencing severe pain. (Doc. 73 at 1-2). Defendant's probation officer agreed that the Defendant took "the Hydrocodone pills for pain purposes and [was] not abusing Hydrocodone." (Doc. 73 at 2). Defendant later obtained a prescription for Hydrocodone from his physician. (*See* Doc. 78 at 3). Defendant's probation officer has opined that the Defendant "would probably be fine" without supervision given his age and his medical problems. *Id*.

The record reflects that the Defendant has been on supervised release for approximately 40 months. Defendant has complied with his supervised release conditions, with exception of a few violations. Defendant does not pose a threat to

the community. Defendant's medical needs can best be met if he is off supervision. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 77) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 6th day of December, 2017.

Brian Morris
United States District Court Judge